# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:                                          |
                                                |
**MICHAEL RAYMOND FALLETTI,**    |    **Case No. 10-11217**
                                                |    **Chapter 7**
                        **Debtor.**            |
                                                |

### NOTICE OF INTENDED SALE #1
### SALE DATE: NOVEMBER 29, 2011 AT 9:00 A.M.
### OBJECTION DEADLINE: NOVEMBER 9, 2011
### HEARING DATE: DECEMBER 8, 2011 AT 9:00 A.M.

1. Notice is hereby given by the Trustee pursuant to 11 U.S.C. §363(f) of the intended sale of all right, title, and interest of the debtor in and to the personal property described as:

> Ruger 22/250 Medium Sporter with 10x Weaver scope
> Ruger 6mm Remington Medium Sporter with 6x Weaver scope
> Ruger 338 Winchester Medium Sporter with 4x Weaver scope
> Colt 45 1911A1
> 5 Remington knives
> 1 Marlin 125 anniversary knife
> Miscellaneous fishing poles and reels

2. The proposed sale will be held by public auction at Bud Palmer Auction located at 3601 N. St. Francis, Wichita, Kansas at 9:00 a.m. on November 29, 2011.

3. The hereinabove described personal property has not been claimed as exempt by the debtor or any other person or entity entitled to assert the debtor's exemptions under federal or state law.

4. The personal property hereinabove described will be sold to the highest bidder, and said personal property will be sold in its present condition with no expressed or implied warranties, and the purchaser is to accept said property in its present condition.

5. The sale will be free and clear of all liens and encumbrances of record, and in the event of any mortgage or security interest in and to said property to be sold, the mortgage or security interest shall be transferred to the proceeds of the sale. A significant benefit will be realized by any secured creditor to the extent of receipt of proceeds through distribution upon closing of this transaction.

6. The cost of sale shall include reasonable and necessary expenses allocated pursuant to the provisions of 11 U.S.C. §506(c) on a pro rata basis to the extent of participation in the proceeds including, but not limited to the following:

| | |
|---|---|
| Auctioneer's fee to Bud Palmer Auction (15% together with expenses) | $ |
| Trustee's fees  allowed by law | $ |
| Trustee's attorneys fees | $300.00 |
| Miscellaneous expenses, including postage & copying expenses not to exceed | $100.00 |

7. Objections to the sale of the personal property, allowance of and payment of Trustee's fees, Trustee's attorneys fees, and other administrative expenses as shown above should be made in writing to the Clerk of the United States Bankruptcy Court, 401 N. Market, Wichita, Kansas 67202, with a copy to the Trustee at the Trustee's address, 7011 W. 121st Street, Corporate Lakes, Overland Park, Kansas 66209, on or before the 9th day of November, 2011. If an objection is timely filed, a hearing will be held on December 8, 2011 at 9:00 a.m at the U.S. Bankruptcy Court, 401 N. Market, Room 150, Wichita, Kansas  If no objections are made to the payment of the above and foregoing items, then the Court may enter an order approving said costs and disbursing the funds from the sale without further notice to all creditors.

Dated : October 19, 2011.

CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

 /s/  D. Michael Case
D. Michael Case, #7491
dmc@cmzwlaw.com
Corporate Lakes
7011 W. 121st Street, Suite 102
Overland Park, KS 66209
(913) 948-9360 / (913) 451-1553 fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2011, a true and correct copy of the above and foregoing Notice of Intended Sale No.1 was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and a copy was mailed by first class U.S. mail, postage prepaid, and properly addressed to all parties shown on the matrix attached to the original Notice on file with the Clerk of the U.S. Bankruptcy Court.

 /s/  D. Michael Case
D. Michael Case